# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTA PUNTILLO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRAVEL NETWORK LLC,<br><br>Defendant. | **Case No:**   4:24-cv-08931-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>**Compl. Filed:**   December 10, 2024<br>**MTD Filed:**   January 31, 2025<br>**Trial Date:**   N/A |

Having considered the parties' concurrently filed Stipulated Request For Order Enlarging Time, and for good cause shown, the Court hereby ORDERS:

1. Plaintiff shall file its Response to Defendant's Motion to Dismiss[1] no later than March 7, 2025.

2. Defendants shall file its Reply to Plaintiff's Response no later than March 28, 2025.

3. The hearing on the Motion to Dismiss, is continued to April 10, 2025 at 2:00 pm.

---

[1] *See* Defendant's Motion to Dismiss and Supporting Materials ("Motion to Dismiss") (ECF Nos. 22-24).

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

4  Dated: 2/5/2025

_____
UNITED STATES DISTRICT JUDGE