# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTA PUNTILLO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL TRAVEL NETWORK LLC,<br><br>Defendant. | **Case No:** 4:24-cv-08931-HSG<br><br>**ORDER GRANTING JOINT MOTION TO STAY DISCOVERY DEADLINES**<br><br>**Compl. Filed:** December 10, 2024<br>**MTD Filed:** January 31, 2025<br>**Trial Date:** N/A |

Having considered the parties' Joint Motion to Stay Discovery Deadlines, and for good cause shown, the Court hereby ORDERS:

1. All Discovery Deadlines are stayed pending the Court ruling on Defendant's Motion to Dismiss (ECF Nos. 22-24).

**IT IS SO ORDERED.**

Dated: 3/10/2025

*/s/ Haywood S. Gilliam, Jr.*
**UNITED STATES DISTRICT JUDGE**
**THE HONORABLE HAYWOOD S. GILLIAM, JR.**